UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN LENNARTSON, on behalf of himself and all others similarly situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>PAPA MURPHY'S HOLDINGS, INC.; and PAPA MURPHY'S INTERNATIONAL, L.L.C.,<br><br>                          Defendants. | No. 3:15-cv-05307-RBL<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO FILE MOTION FOR CLASS CERTIFICATION** |

THIS MATTER comes before the Court on the parties' Stipulation Extending Time to File Motion for Class Certificaiton. Having reviewed the stipulation, it is GRANTED and ORDERED that the deadline for filing a Rule 23 motion for class certification is extended to one hundred and twenty days (120) following this Court's order on Defendants' Motion for Summary Judgment or, in the Alternative, for Stay (the "Motion") (Dkt. 19).

DATED this 26th day of October, 2015.

_____
Ronald B. Leighton
United States District Judge

ORDER GRANTING STIPULATION EXTENDING TIME TO FILE
MOTION FOR CLASS CERTIFICATION (NO. 3:15-CV-05307-RBL)

Page - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384