HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN LENNARTSON, RITA ANDREWS, CASSIE ASLESON, SUSAN SHAY NOHR, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PAPA MURPHY'S HOLDINGS, INC.; and PAPA MURPHY'S INTERNATIONAL, L.L.C.,

Defendants.

Case No. 3:15-cv-05307-RBL

**DECLARATION OF TIM CUNNINGHAM, OF CPT GROUP, INC., CLAIMS ADMINISTRATOR, IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Tim Cunningham, declare as follows:

1. I am a Supervising Case Manager for CPT Group, Inc., the Court-appointed class action claims administrator in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration, which are true and correct as of the date of this Declaration, and, if called as a witness, could and would testify competently thereto.

2. CPT Group, Inc. ("Claims Administrator") has extensive experience in providing notice of class actions and administering class action settlements. In the past 30 years, we have provided notification and/or administration services in over one thousand class action cases. Attached hereto is the Claims Administrator's curriculum vitae (Exhibit A). The Claims

DECLARATION OF TIM CUNNINGHAM IN SUPORT OF
PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN
SUPPORT OF FINAL APPROVAL OF SETTLEMENT
(15-CV-05307-RBL) 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Administrator was selected by the Parties, and approved by this Court, to provide notice of the settlement and to process claims, exclusions, and responses in this action. In this capacity, the Claims Administrator was and is charged with (a) mailing or emailing to Class Members the Notice; (b) processing undeliverable mail and locating updated addresses for Class Members; (c) receiving other communications about the settlement; (d) notifying the parties of the number of Class Members that filed timely claims, exclusions, or objections; (e) establishing and maintaining a toll-free case hotline through which Class Members could speak to case representatives regarding case-specific questions; and (f) issuing and mailing settlement checks to Class Members.

3. The Claims Administrator was and is also charged with establishing and maintaining a neutral case website where Class Members may access relevant documentation (such as the Settlement Agreement, Long Form Notice, Claim Form, etc.) and submit electronic claims (www.PapaMurphysTCPAsettlement.com). The website address was prominently displayed in all printed notice documents. Attached hereto are screen shots of the website (Exhibit B). There have been twenty-seven thousand five hundred eight (27,508) unique visitors to the case website.

4. The Claims Administrator received the Court-approved text for the Notice from Counsel and prepared a draft of the Notice for mailing or emailing to Class Members. Attached hereto is a true and correct copy of the final form of the Notice Postcard (Exhibit C) and Notice Email (Exhibit D) that was sent to the Class Members. The notices were designed to capture Class Members' attention and provide them with information necessary to understand their rights and options. They also directed Class Members to the case website where the Long Form Notice was available. Attached hereto is a true and correct copy of the final Long Form Notice (Exhibit E).

5. Federal Rule of Civil Procedure 23 directs that the best notice practicable under the circumstances must include "individual notice to all members who can be identified through

DECLARATION OF TIM CUNNINGHAM IN SUPORT OF
PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN
SUPPORT OF FINAL APPROVAL OF SETTLEMENT
(15-CV-05307-RBL) 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

reasonable effort." Fed. R. Civ. P. 23(c)(2)(B). The notice in this case satisfied this requirement. As described below, the Claims Administrator received data that included the cellular telephone numbers and available email addresses for Class Members. For cellular telephone numbers, the Claims Administrator used best efforts to determine associated names and physical mailing addresses. These mailing addresses and the available email addresses were then used to send individual notice to Class Members. These efforts resulted in the Claims Administrator sending nine hundred eighteen thousand six hundred ninety-six (918,696) individual notices, which is 81.17% of the number of Class Members in the class list. After accounting for the undeliverable individual notices, a total of eight hundred eighty-eight thousand two hundred forty-six (888,246) individual notices were sent, which is 78.47% of the number of Class Members in the class list. This is well within the acceptable range. *See* The Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010) at 1 ("A high percentage (e.g., between 70–95%) can often reasonably be reached by a notice campaign."). The case website was also accessed by twenty-seven thousand five hundred eight (27,508) unique visitors.

6. On April 13, 2018, the Claims Administrator received a data file from Defense Counsel which contained a telephone number for each Class Member.

7. On May 3, 2018, the Claims Administrator mailed all required notices under the Class Action Fairness Act ("CAFA"). The Claims Administrator sent out a total of 56 CAFA notifications (to the Attorney General in all 50 states, the District of Columbia Attorney General, the U.S. Attorney General, and to the Attorney Generals in 4 territories: Puerto Rico, Guam, Virgin Islands, and American Samoa).

8. On May 22, 2018, the Claims Administrator received a data file from Defense Counsel which contained email addresses associated with certain telephone numbers.

9. Claims Administrator performed a reverse append ("reverse look-up") on the telephone numbers without email addresses in order to obtain names and addresses for mailing.

DECLARATION OF TIM CUNNINGHAM IN SUPORT OF
PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN
SUPPORT OF FINAL APPROVAL OF SETTLEMENT
(15-CV-05307-RBL) 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

A reverse lookup searches a variety of public databases in order to retrieve the name and address associated with a particular telephone number. The finalized class list contained one million one hundred thirty-one thousand eight hundred forty-one (1,131,841) Class Members.

10. On June 8, 2018, the Claims Administrator caused a National Change of Address (NCOA) search to be performed in an attempt to update the class list of addresses as accurately as possible. A search of this database provides updated addresses for any individual who has moved in the previous four years and notified the U.S. Postal Service of his or her change of address.

11. On June 15, 2018, the Notice Postcard was mailed via U.S. first-class mail to seven hundred five thousand nine hundred fifty-four (705,954) Class Members for whom a name and mailing address was identified via reverse append effort. Also, on June 15, 2018, an email notification was sent to two hundred twelve thousand seven hundred forty-two (212,742) Class Members for whom email addresses were provided. There were two hundred thirteen thousand one hundred forty-five (213,145) Class Members for whom a mailing address or email address was not identified.

12. The Notice Postcard and email notification included two (2) $5.00 Merchandise Voucher codes which can be used on all online orders through Papa Murphy's website and also a Class Member Passcode to access the settlement website to submit a claim for a $10.00 Cash Award. The Notice Postcard and email notification indicated a deadline date of August 14, 2018 at 11:59 p.m. Eastern Standard Time to submit a claim, request exclusion, or object to the Settlement.

13. A total of twenty-six thousand nine hundred twenty-three (26,923) emails were returned as undeliverable. The Claims Administrator has re-sent a total of six thousand nine hundred ninety-five (6,995) Email Notices to alternate addresses provided by Defense Counsel. A total of nineteen thousand nine hundred twenty-eight (19,928) Email Notices were ultimately undeliverable.

DECLARATION OF TIM CUNNINGHAM IN SUPORT OF
PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN
SUPPORT OF FINAL APPROVAL OF SETTLEMENT
(15-CV-05307-RBL) 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

14. A total of twelve thousand two hundred sixty-three (12,263) Notice Postcards were returned to the Claims Administrator by the Post Office, none of which had a forwarding address affixed thereto. The Claims Administrator performed a Skip Trace on all returned mail without a forwarding address using Accurint, one of the most comprehensive address databases available. It utilizes hundreds of different databases supplied by credit-reporting agencies, public records, and a variety of other national databases.

15. As a result of either Skip Trace or re-mail requests from counsel or Class Members, a total of one thousand seven hundred forty-one (1,741) Postcard Notices have been re-mailed to date. A total of ten thousand five hundred twenty-two (10,522) Postcard Notices were ultimately undeliverable, as no better address was provided from the Post Office or obtained through Skip Trace.

16. The Claims Administrator has received seven thousand seven hundred twenty-eight (7,728) responses of which seven thousand seven hundred eleven (7,711) are claims.

17. Of the seven thousand seven hundred eleven (7,711) claims, there are one hundred twenty-eight (128) late claims and three hundred sixty-seven (367) deficient claims. The deficient claims appear to be from non-class members as Claims Administrator was unable to locate these individuals on the Class List.

18. The Claims Administrator has received four (4) requests for exclusion (Danette Sandoval, Paul J. Miller, Christopher Akinyemi, and Rishi Chopra). Of the four (4) requests for exclusion, two (2) are deficient (Danette Sandoval and Paul J. Miller) due to the request being submitted via email rather than via U.S. mail and one (1) is deficient as the request is from a non-class member (Christopher Akinyemi). The Claims Administrator was unable to locate this individual in the Class List via name, phone number, email address, or mailing address. Emails have been sent to Danette Sandoval and Paul J. Miller requesting a cure. The deficiencies have not been corrected. Attached hereto are copies of the requests for exclusion (Exhibit F).

DECLARATION OF TIM CUNNINGHAM IN SUPORT OF
PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN
SUPPORT OF FINAL APPROVAL OF SETTLEMENT
(15-CV-05307-RBL) 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

19. The Claims Administrator has received five (5) potential requests for objection (Erik Guttormsen, Steve Ford, Jennifer Manzella, Nathan Street, and Patrick S. Sweeney). All five (5) potential requests for objection are deficient due to the request being submitted via email rather than via U.S. mail and for not conforming to the requirements for objection submission. Additionally, of the five (5) potential objections, one (1) was untimely and is from a non-class member (Patrick S. Sweeney). Per review, the Claims Administrator was unable to locate this individual in the Class List via name, phone number, email address, or mailing address. Attached hereto are copies of the potential objection requests (Exhibit G).

20. The Claims Administrator has received eight (8) invalid responses due to duplicate submissions from the same Class Member.

21. The Claims Administrator has received two hundred two (202) calls to the toll-free hotline established for the case, from class members with various questions about the settlement.

22. If the deficient and late claims are accepted, the Claims Administrator will report a total of seven thousand seven hundred eleven (7,711) claimed Cash Awards.

23. The Claims Administrator has been paid an agreed-upon fee of $400,000.00, for fees associated with the administration of the settlement. This includes all costs incurred to date, as well as the estimated costs involved in completing the settlement.

I declare under penalty of perjury under the laws of the United States, the State of California, and the State of Washington, that the foregoing is true and correct and that this declaration is executed on this 6th day of September, 2018, at Irvine, California.

_____
Tim Cunningham

DECLARATION OF TIM CUNNINGHAM IN SUPORT OF PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT
(15-CV-05307-RBL) 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384