HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN LENNARTSON, RITA ANDREWS, CASSIE ASLESON, SUSAN SHAY NOHR, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PAPA MURPHY'S HOLDINGS, INC.; and PAPA MURPHY'S INTERNATIONAL, L.L.C.,

Defendants.

No. 3:15-cv-05307-RBL

**AMENDED FINAL ORDER APPROVING CLASS ACTION SETTLEMENT**

This matter came before the Court on September 28, 2018, on Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF Nos. 224). Based on the parties' briefing and records and proceedings herein, IT IS HEREBY ORDERED:

1. The Motion for Final Approval of Settlement (ECF No. 224) is GRANTED.

2. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms used herein shall have the same meanings as set forth in the Settlement Agreement unless set forth differently in this Order. The terms of this Court's Order Preliminarily Approving Class Action Settlement are also incorporated by reference in this Order.

3. This putative class action against Defendants commenced on May 7, 2015. Plaintiffs allege, on behalf of themselves and a similarly situated class, that Defendants sent

[PROPOSED] AMENDED FINAL ORDER APPROVING CLASS ACTION SETTLEMENT (15-CV-05307-RBL) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Plaintiffs and Class Members text messages in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, Washington Commercial Electronic Mail Act, and Washington Consumer Protection Act.

4. The following Settlement Class was conditionally certified for settlement purposes in this Court's Order Preliminarily Approving Class Action Settlement:

> All persons or entities in the United States and its Territories who received one or more text message advertisements from or on behalf of Papa Murphy's between October 16, 2013, and June 15, 2015.

5. The Court has jurisdiction over the subject matter of this Action and all Parties to the Action, including all Settlement Class Members, including, without limitation, jurisdiction to approve the proposed Settlement, grant final certification of the Settlement Class, and dismiss this action with prejudice.

6. The Court finds that, for purposes of approving and effectuating the Settlement embodied in the Settlement Agreement, and only for such purposes, the prerequisites for certifying this Action as a class action under Federal Rule of Civil Procedure 23(a) and (b)(3) have been met, in that: (a) the members of the Settlement Class are so numerous that joinder of all individual Settlement Class Members is impracticable; (b) there are questions of law and fact common to the Settlement Class, which questions predominate over individual questions; (c) the claims of the Class Representatives are typical of the Settlement Class Members; (d) the Class Representatives and Class Counsel have fairly and adequately represented the interests of the Settlement Class and will continue to do so; and (e) a class action is superior to other available methods for the fair and efficient adjudication of the issues relating to the Settlement.

7. The Claims Administrator has received four (4) requests for exclusion. (*See* Declaration of Tim Cunningham, of CPT Group, Inc., Claims Administrator, in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Cunningham Decl."), ¶ 18. The Court hereby finds that two (2) of the requests for exclusion are deficient because the requests were submitted via email rather than U.S. mail (Danette Sandoval and Paul J. Miller)

[PROPOSED] AMENDED FINAL ORDER APPROVING CLASS
ACTION SETTLEMENT (15-CV-05307-RBL) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C...     RB...    7

1 and one (1) is deficient because the request is from a non-class member (Christopher Akinyemi). A total of one (1) Settlement Class Member submitted a timely and proper Request for Exclusion (Rishi Chopra). The Court hereby orders that Rishi Chopra is excluded from the Settlement Class. That individual will not be bound by the Agreement, and neither will that individual be entitled to the Cash Award. That individual will not be bound by this Order and final judgment or the releases herein.

8. The Claims Administrator has received five (5) potential requests for objection. (*See* Cunningham Decl., ¶ 19.) The Court finds that Patrick S. Sweeney is not a member of the Settlement Class and his request for objection is hereby stricken. The Court also overrules all of the potential requests for objection.

9. The Class Representatives appointed in this Court's Order Preliminarily Approving Class Action Settlement (John Lennartson, Rita Andrews, Cassie Asleson, and Susan Shay Nohr) have fairly and adequately represented the Settlement Class throughout the proceedings and are hereby finally confirmed and appointed as Class Representatives.

10. Having considered the factors set forth in Federal Rule of Civil Procedure 23(g)(1), the Court finds that Class Counsel (Mark Griffin and Karin Swope of Keller Rohrback L.L.P. and June Hoidal and Behdad Sadeghi of Zimmerman Reed LLP) have fairly and adequately represented the Settlement Class throughout the proceedings and for purposes of entering into and implementing the Settlement, and thus hereby reiterates the appointment of Class Counsel as Class Counsel to represent the Settlement Class.

11. Pursuant to Federal Rule of Civil Procedure 23(c)(2) and (e), the Class Notice provided to the Settlement Class constitutes the best and most practicable notice under the circumstances. The Notice Program was designed to provide notice in the manner most likely to be received and read by Settlement Class Members. The Settlement Class received valid, due, and sufficient notice that complied fully with Federal Rule of Civil Procedure 23 and the constitutional requirements of due process.

[PROPOSED] AMENDED FINAL ORDER APPROVING CLASS ACTION SETTLEMENT (15-CV-05307-RBL) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

12. The Court hereby finds and concludes that the notice provided by the Claims Administrator to the appropriate state and federal officials pursuant to 28 U.S.C. § 1715 fully satisfied the requirements of that statute.

13. Pursuant to Federal Rule of Civil Procedure 23(e)(2), the Court finds, after a hearing and based upon all submissions of the Parties and interested persons, that the Settlement proposed by the Parties is fair, reasonable, and adequate. The terms and provisions of the Agreement are the product of lengthy, arm's-length negotiations. Approval of the Settlement will result in substantial savings of time, money, and effort to the Court and the Parties, and will further the interests of justice. The Court hereby finally approves the Agreement, the exhibits, and the Settlement contemplated thereby, and directs its consummation pursuant to its terms and conditions.

14. All Settlement Class Members who have not been excluded above are bound by this Order, the accompanying Final Judgment, and by the terms and provisions of the Settlement Agreement incorporated herein.

15. The Court hereby dismisses the Action, as defined in the Agreement, with prejudice, without costs to any party, except as awarded in the Court's September 6, 2018 Order (ECF. No. 223).

16. The Plaintiffs and each and every one of the Settlement Class Members unconditionally, fully, and finally release and forever discharge the Released Parties from the Released Claims.

17. Each and every Settlement Class Member, and any person actually or purportedly acting on behalf of any Settlement Class Member(s), is hereby permanently barred and enjoined from initiating, asserting, or prosecuting Released Claims or any claims released under this Agreement against the Released Parties as set forth in Section 12 of the Settlement Agreement. This permanent bar and injunction is necessary to protect and effectuate the Agreement, this Order, and this Court's authority to effectuate the Agreement, and is ordered in aid of this

[PROPOSED] AMENDED FINAL ORDER APPROVING CLASS
ACTION SETTLEMENT (15-CV-05307-RBL) - 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Court's jurisdiction and to protect its judgments.

18. The Agreement (including, without limitation, its exhibits), and any and all negotiations, documents, and discussions associated with it, this Order and the final judgment, or the fact of the Settlement shall not in any event be construed as, offered in evidence as, received in evidence as, and/or deemed to be, evidence of a presumption, concession, or an admission of liability, fault or wrongdoing, or in any way referred to for any other reason, by any Class Representative, Settlement Class Member, Defendants, or Released Party in the Action or in any other civil, criminal, or administrative action or proceeding, except for purposes of enforcing the provisions of the Agreement, this Order, and the final judgment. Without affecting the finality of the judgment, the Court, under the Court's contempt power, retains exclusive jurisdiction over this Action and thus all Defendants, Plaintiffs, and Settlement Class Members in this Action regarding the Settlement including without limitation the Settlement Agreement and this Order. Defendants, Plaintiffs, and Settlement Class Members in this Action are hereby deemed to have submitted irrevocably to the exclusive jurisdiction of this Court for any suit, action, proceeding, or dispute arising out of or relating to the Released Claims, this Order, or the Settlement Agreement, including but not limited to the applicability of the Released Claims, the Settlement Agreement, or this Order.

19. No opinions concerning the tax consequences of the Settlement to Settlement Class Members have been given, and no representations or warranties regarding such tax consequences are made in the Agreement. The Parties and their respective counsel shall not be liable to any party or person for any tax consequences that result from the implementation of this Settlement. Settlement Class Members must consult their own tax advisors regarding the tax consequences of the Settlement, including any payments or credits provided or relief awarded under the Settlement and any tax reporting obligations with respect to it.

20. The Court reserves jurisdiction over the interpretations, administration, implementation, effectuation, and enforcement of this Order, the final judgment, the Agreement,

[PROPOSED] AMENDED FINAL ORDER APPROVING CLASS
ACTION SETTLEMENT (15-CV-05307-RBL) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

and all other matters that the Court may deem ancillary thereto. Nothing in this Order or the final judgment shall preclude any action to enforce the terms of the Agreement; nor shall anything in this Order or the final judgment preclude Plaintiffs or Settlement Class Members from participating in the claims process described in the Settlement Agreement if they are entitled to do so under the terms of the Settlement Agreement.

21. The Parties and their counsel are hereby directed to implement the Settlement Agreement according to its terms and provisions.

22. The Claims Administrator has received seven thousand seven hundred eleven (7,711) potential claims. (*See* Cunningham Decl., ¶ 17.) Of these claims, the Claims Administrator has determined that one hundred twenty-eight (128) were late and that three hundred sixty-seven (367) are deficient because they are from non-class members. After filing the Cunningham Declaration, the Claims Administrator received claims from seventy-four (74) additional Class Members. This means that the total of late claims reported by the Claims Administrator is two hundred two (202). (*See* Supplemental Declaration of Tim Cunningham, of CPT Group, Inc., Claims Administrator, in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, ¶ 3. The Court hereby finds that the claims from non-class members are not Valid Claims for purposes of distributing Cash Awards. Because the parties have agreed, the Court hereby finds that the 202 late claims are Valid Claims for purposes of distributing Cash Awards. The Court hereby orders that the Valid Claims, and any other claims subsequently determined to be timely and valid by the Claims Administrator pursuant to the terms set forth in the Settlement Agreement, be treated as Valid Claims for purposes of distributing Cash Awards.

23. By incorporating the Agreement's terms herein, the Court determines that this Order complies in all respects with Federal Rule of Civil Procedure 65(d)(1).

24. The Court will separately enter a final judgment in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

[PROPOSED] AMENDED FINAL ORDER APPROVING CLASS
ACTION SETTLEMENT (15-CV-05307-RBL) - 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Dated this 28 day of September, 2018.

Benjamin H. Settle
United States District Judge

Presented by and approved as to content and form:
KELLER ROHRBACK L.L.P.

By: *s/Mark A. Griffin*
  Mark A. Griffin, WSBA #16296
  Karin B. Swope, WSBA #24015
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  Tel: (206) 623-1900
  Fax: (206) 623-3384
  mgriffin@kellerrohrback.com
  kswope@kellerrohrback.com

ZIMMERMAN REED, LLP
June P. Hoidal (Pro Hac Vice)
Behdad C. Sadeghi (Pro Hac Vice)
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612)341-0844
June.Hoidal@zimmreed.com
Behdad.Sadeghi@zimmreed.com
*Attorneys for Plaintiffs*


Approved as to content and form:
DLA PIPER LLP (US)

By: *s/Jeffrey DeGroot*
  Anthony Todaro, WSBA No. 30391
  Jeffrey DeGroot, WSBA No. 46839
  701 Fifth Avenue, Suite 7000
  Seattle, WA 98104-7044
  Tel: (206) 839-4800
  Fax: (206) 839-4801
  anthony.todaro@dlapiper.com
  jeffrey.degroot@dlapiper.com
*Attorneys for Defendants*

[PROPOSED] AMENDED FINAL ORDER APPROVING CLASS
ACTION SETTLEMENT (15-CV-05307-RBL) - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384